FRANKLIN FORD v. JAMES J. WALKER and Others.— Motion denied, with ten

dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.